Motion to dismiss appeal denied on condition that the case be added to the June calendar, and that the appellant be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

P. CALTABELLOTTA CO., INC., Appellant, v. JAMES F. HICKMAN and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GIUSIPPINA PARASCANDOLA, as Administratrix, etc., Respondent, v. FRANK AUDITORE, Individually, etc., and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion to vacate order dismissing appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FREDERICK H. PRICE and Another, Copartners, etc., Respondents, v. THE BARBER STEAMSHIP LINES, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. A stay will be granted pending application to the Court of Appeals for leave to appeal to that court, upon appellant's filing proper security. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE SWEDISH HOSPITAL IN BROOKLYN, Respondent, v. JOHN P. LEO and Others, Constituting the Board of Appeals of the City of New York, and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants' perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

DOMINICK RIVARA, Respondent, Appellant, v. JAMES STEWART & COMPANY, Appellant, Respondent, and Another, Defendant.— Motion to resettle order granted so as to provide that the affirmance shall be without costs to either party. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

MARION L. ROBINSON, as Administratrix, etc., of GEORGE ROBINSON, Deceased, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY and STANDARD TRANSPORTATION COMPANY, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ROOSEVELT MEMORIAL ASSOCIATION OF OYSTER BAY, INC., Respondent, v. CHARLES H. JONES and Others, as Executors, etc., Respondents. CHARLES N. WYSONG and Others, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MOLLIE SCHACK, Respondent, v. WASHINGTON ARMS, INC., Appellant, and Others, Defendants.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN J. SHANNON, Respondent, v. KALMIA CORPORATION and Another, Appellants.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

LILLIAN M. SMITH and Another, Appellants, v. THE PHŒNIX INSURANCE